IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY PAUL COLLINS,

      Petitioner,                    No. CIV S-04-1516 DFL GGH P

   vs.

D.L. RUNNELS, Warden, et al.,

      Respondents.               <u>ORDER</u>

_____/

        On November 17, 2004, the parties filed a joint scheduling statement. On December 22, 2004, the court ordered petitioner to file within one hundred twenty days either an amended petition or a request to hold this action in abeyance. On April 20, 2005, the parties filed an amended joint scheduling statement. In this document, petitioner's counsel states that additional time is required to review the record. The court will grant petitioner's request for extension of time. No further extensions will be granted but for a showing of substantial cause.

        The parties also request that respondent be granted ninety days to file a responsive pleading and that petitioner be granted sixty days to file a reply. The court will grant respondent sixty days to file the responsive pleading and petitioner thirty days to file a reply. The parties may request additional time if necessary.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Within one hundred twenty days of this order petitioner shall submit either an amended petition containing exhausted claims only, or a statement identifying both exhausted and unexhausted claims, together with a request to hold this action in abeyance; all discovery motions shall be filed within this time as well;

2. Respondent's response to the amended petition is due sixty days after the filing of the amended petition; petitioner may file a responsive pleading thirty days thereafter.

DATED: 5/5/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
col1516.sch