1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JOHNNY PAUL COLLINS,

11              Petitioner,                No. CIV S-04-1516 DFL GGH P

12        vs.

13   D.L. RUNNELS, Warden, et al.,

14              Respondents.              <u>ORDER</u>

15   _____/

16              Noticed for hearing November 10, 2005, is petitioner's motion to stay and abey

17   filed September 3, 2005.  On September 15, 2005, respondent filed an opposition to this motion.

18   Respondent argues that the motion should be denied because claims raised in the amended

19   petition, including the unexhausted claim, are barred by the statute of limitations.

20              IT IS HEREBY ORDERED that on or before November 1, 2005, petitioner shall

21   file a reply to respondent's opposition, addressing the argument that the motion to stay and abey

22   should be denied because claims in the amended petition, including the unexhausted claim, are

23   barred by the statute of limitations.

24   DATED: 10/6/05                        /s/ Gregory G. Hollows

25                                         _____
                                           GREGORY G. HOLLOWS
     col1516.ord                           UNITED STATES MAGISTRATE JUDGE
26

1