1  Fay Arfa, Attorney at Law
   CA Bar No. 100143
2  10100 Santa Monica Blvd., #300
   Los Angeles, CA 90067
3  Telephone: (310) 841-6805

4
   Attorney for Petitioner
5  JOHNNY PAUL COLLINS

6

7              **IN THE UNITED STATES DISTRICT COURT**

8          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

9  **JOHNNY PAUL COLLINS,**              )   Case No. 2:04 - CV-
                                         )   01516 DFL - GGH
10              **Petitioner,**          )
                                         )
11    v.                                 )   **ORDER**
                                         )
12 **DAVID L. RUNNELLS, Warden**,        )
                                         )
13              **Respondent.**          )
   _____      )
14

15      IT IS HEREBY ORDERED that the hearing now set for November 10,

16 2005 at 10:00 a.m. be continued until December 15, 2005.  Counsel for

17 petitioner is order to file any reply and opposition on or before December 5,

18 2005.

19 DATED:    11/7/05

20

21

22

23                          /s/ Gregory G. Hollows

24                          _____

25                          GREGORY G. HOLLOWS
                            UNITED STATES MAGISTRATE JUDGE
26 coll1516.ch

27

28