Fay Arfa, Attorney at Law
CA Bar No. 100143
10100 Santa Monica Blvd., #300
Los Angeles, CA 90067
Telephone: (310) 841-6805

Attorney for Petitioner
JOHNNY PAUL COLLINS

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| JOHNNY PAUL COLLINS, | ) | Case No. 2:04 - CV- 01516 DFL - GGH |
|---|---|---|
| **Petitioner,** | ) | |
| v. | ) | **ORDER** |
| **DAVID L. RUNNELLS, Warden**, | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

IT IS HEREBY ORDERED that the hearing now set for December 15, 2005 at 10:00 a.m. be continued until January 26, 2006.  Counsel for petitioner is order to file any reply and opposition on or before January 6, 2006.

DATED:     12/12/05

coll1516.con

/s/ Gregory G. Hollows

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE