FAY ARFA, A LAW CORPORATION
Fay Arfa, Attorney at Law
CA Bar No. 100143
10100 Santa Monica Blvd., #300
Los Angeles, CA 90067
Telephone: (310) 841-6805

Attorney for Petitioner
JOHNNY PAUL COLLINS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| JOHNNY PAUL COLLINS, | ) | Case No. 2:04 - CV-01516 DFL - GGH |
|---|---|---|
| **Petitioner,** | ) | |
| v. | ) | |
| **DAVID L. RUNNELLS, Warden**, | ) | **ORDER** |
| **Respondent.** | ) | |
| ——————————————— | ) | |

IT IS HEREBY ORDERED that the hearing now set for January 26, 2006 at 10:00 a.m. be continued until February 23, 2006 at 10:00 a.m. Counsel for petitioner is order to file any reply and opposition on or before February 3, 2006.

DATED:     1/18/06

/s/ Gregory G. Hollows

———————————————
GREGORY G. HOLLOWS

UNITED STATES MAGISTRATE JUDGE

coll1516.eot