1 | FAY ARFA, A LAW CORPORATION
Fay Arfa, Attorney at Law
2 | CA Bar No. 100143
10100 Santa Monica Blvd., #300
3 | Los Angeles, CA 90067
Telephone: (310) 841-6805
4

5 | Attorney for Petitioner
JOHNNY PAUL COLLINS
6

**FILED**

FEB 13 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
        DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNY PAUL COLLINS, | Case No. 2:04 - CV-01516 DFL - GGH |
| Petitioner, | |
| v. | |
| DAVID L. RUNNELLS, Warden, | PROPOSED ORDER |
| Respondent. | |

IT IS HEREBY ORDERED that the hearing now set for February 23, 2006 at 10:00 a.m. be continued until March 23, 2006 at 10:00 a.m. Counsel for petitioner is order to file any reply and opposition on or before March 3, 2006.

DATED:

Feb. 10, 2006

GREGORY G. HOLLOWS