IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHNNY PAUL COLLINS,

        Petitioner,                        No. CIV. S-04-1516-DFL-GGH-P

    vs.

DAVID L. RUNNELS, et al.,

        Respondents.                  <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On March 28, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1. The findings and recommendations filed March 28, 2006, are adopted in full;

2. Petitioner's claims 1, 3, and 4 are dismissed as time barred under AEDPA;

3. Within thirty days of the date of this order, respondent shall file an answer addressing claim 2; petitioner may file a reply within thirty days thereafter.

DATED: 9/26/2006

_____
DAVID F. LEVI
United States District Judge