IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHNNY PAUL COLLINS,** | CIV S-04-1516 DFL GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **DAVID L. RUNNELLS, et al.,** | |
| Respondents. | |

Respondent has requested a sixty-day extension of time in which to file an answer to Petitioner's application for writ of habeas corpus. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including December 26, 2006, in which to file an answer to petition for writ of habeas corpus.

Dated: 11/2/06               /s/ Gregory G. Hollows

                             _____
                             The Honorable Gregory G. Hollows
                             Magistrate Judge, U.S. District Court

col1516.eot(r)

[Proposed] Order