FAY ARFA, A LAW CORPORATION
Fay Arfa, Attorney at Law
CA Bar No. 100143
10100 Santa Monica Blvd., #300
Los Angeles, CA 90067
Telephone: (310) 841-6805

Attorney for Petitioner
JOHNNY PAUL COLLINS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| **JOHNNY PAUL COLLINS,** | Case No. S-04-1516 DFL GGH P |
| **Petitioner,** | |
| v. | ORDER GRANTING 60 DAY ENLARGEMENT OF TIME TO FILE TRAVERSE |
| **DAVID L. RUNNELLS, et al.,** | |
| **Respondent.** | |

GOOD CAUSE APPEARING, Petitioner's reply to respondent's answer is due on or before March 21, 2007. **

DATED:   1/29/07

/s/ Gregory G. Hollows

_____
HONORABLE GREGORY HOLLOWS
 U.S. Magistrate Judge

coll1516.eot

** No further extensions in this now nearly three year old case.

1